**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Sunbelt Plantations, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 58-1902008 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 964 Windy Ridge Road | |
| Number      Street | Number      Street |
| PO Box 1140 | |
| | P.O. Box |
| Blue Ridge       GA    30513 | |
| City       State    ZIP Code | City       State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fannin County | |
| County | Number      Street |
| | |
| | City       State    ZIP Code |

5. **Debtor's website** (URL)   www.adcockpecans.com

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor  **Sunbelt Plantations, Inc.**  Case number (*if known*)_____
_____Name_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
4452

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY
        District _____  When _____  Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  AAA Outdoor Advertising, Inc.   Relationship  Affiliate
        District _____                  When  07/21/2025
                                                       MM / DD / YYYY
        Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor  Sunbelt Plantations, Inc.  Case number (*if known*)_____
         Name

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | | Number      Street |
| | | _____ |
| | | _____ |
| | | City                                         State    ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes. Insurance agency _____ |
| | | Contact name _____ |
| | | Phone _____ |

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | Check one: |
|---|---|---|
| | | ☑ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

Debtor  Sunbelt Plantations, Inc.  Case number (*if known*)_____
　　　　　Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/21/2025
　　　　　　　MM / DD / YYYY

✘ /s/ Gwynn Kelley Johnson, Jr.　　　　Gwynn Kelley Johnson, Jr.
Signature of authorized representative of debtor　　Printed name

Title  Vice President

**18. Signature of attorney**

✘ /s/ William Rountree　　　　Date  07/21/2025
Signature of attorney for debtor　　　　MM / DD / YYYY

William Rountree
Printed name
Rountree, Leitman, Klein & Geer, LLC
Firm name
2987 Clairmont Road Suite 350
Number    Street
Atlanta　　　　　　　GA　　30329
City　　　　　　　　　State　ZIP Code

404-584-1238　　　　wrountree@rlkglaw.com
Contact phone　　　　Email address

616503　　　　　　　GA
Bar number　　　　　State

Debtor  Sunbelt Plantations, Inc.  _____  Case number (*if known*)_____
        First Name   Middle Name   Last Name

## Continuation Sheet for Official Form 201

```
10) Pending Bankruptcies

Adcock Family                              07/21/2025
Properties, LLC
```

Official Form 201                  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

**Fill in this information to identify the case:**

Debtor name ___Sunbelt Plantations, Inc._____

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Six Hidden Creek<br>1903 NW 97 Ave<br>Doral, FL, 33172 | | | | | | 4,000.00 |
| 2 | Kia Motor Finance<br>PO Box 660891<br>Dallas, TX, 75266 | | | | | | 2,703.06 |
| 3 | Nellie Odom<br>3211 Haw Rond Rd<br>Ashburn, GA, 31714 | | | | | | 1,000.00 |
| 4 | James Goodman<br>3824 US HWY 41N<br>Tifton, GA, 31793 | | | | | | 1,000.00 |
| 5 | John Schmidt<br>4326 Swan Dr<br>Valdosta, GA, 31602 | | | | | | 600.00 |
| 6 | Robert Sumner JR<br>313 Jordan Road<br>Norman Park, GA, 31771 | | | | | | 600.00 |
| 7 | Jake Sumner Family Trust<br>315 Sumner Rd<br>Sycamore, GA, 31790 | | | | | | 600.00 |
| 8 | Gary Rowan<br>1919 Lonnie Grimsley Rd<br>Adel, GA, 31620 | | Suppliers or Vendors | | | | 300.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor   **Sunbelt Plantations, Inc.**                                 Case number (*if known*)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | DW Reynolds<br>515 Hudson Ave<br>Ashburn, GA, 31714 | | Suppliers or Vendors | | | | 250.00 |
| 10 | Tift County Tax Commissioner<br>P.O. Box 165<br>Tifton, GA, 31793 | | Taxes & Other Government Units | | | | 0.00 |
| 11 | Worth County Tax Commissioner<br>201 North Main St Room 15<br>Sylvester , GA, 31791 | | Taxes & Other Government Units | | | | 0.00 |
| 12 | Turner County Tax Commissioner<br>PO Box 846<br>Ashburn, GA, 31714 | | Taxes & Other Government Units | | | | 0.00 |
| 13 | Irwin Electric Membership<br>PO Box 125<br>Ocila, GA, 31774 | | For Notice Purposes Only | | | | 0.00 |
| 14 | Georgia Power Company<br>96 Annex<br>Atlanta, GA, 30396 | | For Notice Purposes Only | | | | 0.00 |
| 15 | City of Tifton<br>PO BOX 229<br>TIFTON, GA, 31793 | | For Notice Purposes Only | | | | 0.00 |
| 16 | City of Ashburn<br>259 e Washington Ave<br>Ashburn, GA, 31714 | | For Notice Purposes Only | | | | 0.00 |
| 17 | Ryland Environmental<br>PO Box 250<br>Dublin, GA, 31040 | | For Notice Purposes Only | | | | 0.00 |
| 18 | Colquitt Electric Membership<br>PO Box 3608<br>Moultrie, GA, 31776 | | For Notice Purposes Only | | | | 0.00 |
| 19 | Airgas<br>PO Box 734672<br>Dallas , TX, 75373 | | For Notice Purposes Only | | | | 0.00 |
| 20 | Cook County Tax Commissioner<br>209 N Parrish Ave Suite C<br>Adel, GA, 31620 | | For Notice Purposes Only | | | | 0.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

**Fill in this information to identify the case and this filing:**

Debtor Name __Sunbelt Plantations, Inc._____

United States Bankruptcy Court for the: __Northern District of Georgia____

Case number (*If known*): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __07/21/2025__         ✘ __/s/ Gwynn Kelley Johnson, Jr._____
             MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                         __Gwynn Kelley Johnson, Jr._____
                                         Printed name

                                         __Vice President_____
                                         Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Adcock Family Properties

Ag Georgia Farm Credit
PO Box 329
Tifton, GA 31793

Airgas
PO Box 734672
Dallas , TX 75373

Catherine Adcock
506 10th Street W
Tifton, GA 31794

Chloe Adcock-Del Toro
156 Alabama Drive
Tifton, GA 31794

City of Ashburn
259 e Washington Ave
Ashburn, GA 31714

City of Tifton
PO BOX 229
TIFTON, GA 31793

Clint Adcock
609 50th Street
Tifton, GA 31794

Colquitt Electric Membership
PO Box 3608
Moultrie, GA 31776

Cook County Tax Commissioner
209 N Parrish Ave Suite C
Adel, GA 31620

Diversified Financial Services
14010 FNB Parkway Suite 400
Omaha, NE 68154

DW Reynolds
515 Hudson Ave
Ashburn, GA 31714

Fusion
PO Box 31001-4169
Pasadena, CA 91110

Gary Rowan
1919 Lonnie Grimsley Rd
Adel, GA 31620

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

Georgia Power Company
96 Annex
Atlanta, GA 30396

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Irwin Electric Membership
PO Box 125
Ocila, GA 31774

Jake Sumner Family Trust
315 Sumner Rd
Sycamore, GA 31790

James Goodman
3824 US HWY 41N
Tifton, GA 31793

John Schmidt
4326 Swan Dr
Valdosta, GA 31602

Kia Motor Finance
PO Box 660891
Dallas , TX 75266

Mediacom
PO Box 5744
Carol Stream , IL 60197

Mercedes-Benz
P.O. Box 5209
Carol Stream , IL 60197

Nellie Odom
3211 Haw Rond Rd
Ashburn, GA 31714


Robert Sumner JR
313 Jordan Road
Norman Park, GA 31771


Ryland Environmental
PO Box 250
Dublin, GA 31040


Six Hidden Creek
1903 NW 97 Ave
Doral , FL 33172


Tift County Tax Commissioner
P.O. Box 165
Tifton, GA 31793


Toyota Financial Services
PO Box 94316
Carol Stream, IL 60197-4316


Toyota Financial Services
P.O. Box 94305
Palatine, IL 60094


Truvista
PO Box 189
Chester, SC 29706


Turner County Tax Commissioner
PO Box 846
Ashburn, GA 31714


Worth County Tax Commissioner
201 North Main St Room 15
Sylvester , GA 31791

United States Bankruptcy Court

Northern District of Georgia

In re: Sunbelt Plantations, Inc.

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/21/2025

/s/ Gwynn Kelley Johnson, Jr.
Signature of Individual signing on behalf of debtor

Vice President
Position or relationship to debtor